1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA L. JOHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:16-cv-01188 JRC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on defendant's unopposed motion to remand the matter to the Acting Commissioner for further consideration. Dkt. 32.

**IT IS HEREBY ORDERED THAT** following consideration of defendant's Unopposed Motion for Remand, the Court hereby REVERSES the Commissioner's decision in this matter

1  and REMANDS the cause to the Acting Commissioner for further administrative proceedings
2  and a new decision.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

3  On remand, the Acting Commissioner will: credit as true the opinions of Henry Levin,
4  M.D. and Vicki Derry, MSW; David Sandvik, M.D.; and Jerry Rusher, M.D.  The Acting
5  Commissioner will consider whether plaintiff's substance use is a material factor contributing to
6  her disability in light of these credited medical opinions.  The Commissioner shall apply SSR 16-
7  3p to any of the plaintiff's testimony considered in making a new decision.

8  Given the facts and the parties' agreement, the Court hereby orders that the case be
9  **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is
10 directed to enter judgment in accordance with Fed. R. Civ. P. 58, consistent with *Shalala v.*
11 *Schaefer*, 509 U.S. 292, 296-302 (1993).  The briefing schedule in this matter is vacated.

12 Dated this 14th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge