UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA L. JOHN,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 2:16-cv-01188 JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |

  This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Motion for Award to Plaintiff for Attorney's Fee Pursuant to 28 U.S.C. § 2412 (*see* Dkt. 35). Defendant has no objection to plaintiff's motion (*see* Dkt. 37).

  Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (Dkt. 35), the attorney declaration and time and expense itemizations (Dkt. 36), and the relevant

record, it is hereby ORDERED that EAJA attorney's fees of $6,595.64, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Richard Baum, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Fee Agreement – Federal Court, Dkt. 36, Attachment 1, pp. 1-2). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Richard Baum, Esq., at 114 W. Magnolia Street, #400-137, Bellingham, WA 98225.

Dated this 2nd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge